# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CLARENCE CHESTER AS TUTOR OF
P. J.

NO.  2019 CW 0333

VERSUS

VOLUNTEERS OF AMERICA,
GREATER BATON ROUGE, INC.
D/B/A PARKER HOUSE AND THE
STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF CHILDREN
AND FAMILY SERVICES

AUG 2 0 2019

---

In Re:   State of Louisiana through the Department of Children
and Family Services, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 667829.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT